FILED
CLERK, U.S. DISTRICT COURT

APR 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-0766M |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| FERNANDO CASTILLO-CORNEJO, | **[Fed. R. Crim. P. 32.1(a)(6);**<br>**18 U.S.C. § 3143(a)]** |
| Defendant. | |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.    (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on (1) his lack of bail resources; (2) unverified background; (3) the instant allegations indicate that he is not amenable to supervision; and (4) defendant submitted to detention.

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).   This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____April  17_____, 2009.

_____
Fernando M. Olguin
United States Magistrate Judge

2